UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BLAKE MICHAEL KUHLMAN,<br>Defendant. | CASE NO. MJ26-408<br><br>DETENTION ORDER |

Offenses charged:

1. Attempted Murder of a Federal Employee
2. Assault of a Federal Employee
3. Using a Firearm in a Crime of Violence

Date of Detention Hearing: July 7, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have shot a postal employee in the face. Defendant's alleged use of a firearm to assault a federal worker poses an extreme danger to the community. The weight of the evidence, the least factor the Court considers, also supports detention. Defendant does not contest detention at this time.

2. Defendant poses a significant risk of danger to the community based on the nature of the charges.

3. There does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be prohibited from directly or indirectly contacting the alleged victim in this matter, A.S.
2. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
3. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
4. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
5. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of July, 2026.

S. KATE VAUGHAN
United States Magistrate Judge